AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-CR-96 |
| ANNA LEE NOWIERSKI | ) | |
| | ) | |
| Defendant | ) | |

**FILED CLERK**
3:26 pm, Mar 04, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/04/2021

_Anna Lee Nowinski_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Vincent Bianco, Esq.
Printed name of defendant's attorney

Judge's signature

Hon. Steven I. Locke, U.S.M.J.
Judge's printed name and title